841 A.2d 89

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. PHILIP REINER, DEFENDANT–PETITIONER.

January 29, 2004.

Granted.